IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **ERNESTO PADILLA, individually, JOSE MUNOZ, individually, and SERGIO MUNOZ,** individually and on behalf of a class of employees similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.: 08 CV 5479 |
| **ROSEBUD RESTAURANTS, INC.,** | ) ) ) | **Honorable Judge John W. Darrah** **Magistrate Judge Geraldine Brown** |
| Defendant. | ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

NOW COMES defendant, ROSEBUD RESTAURANTS, INC., by and through its attorneys, Steven B. Borkan and Timothy P. Scahill of BORKAN & SCAHILL, LTD., and pursuant to Local Rule 83.17 request that this Court grant it leave to substitute as counsel for defendant and grant it leave to file its appearances. In support thereof, defendants state as follows:

1.  Certain attorneys affiliated with the law firm STELLATO & SCHWARTZ, LTD. have filed appearances for defendants, , and are currently counsel of record.

2.  Defendant now desires all attorneys affiliated with STELLATO & SCHWARTZ, LTD. to withdraw their appearances and for Steven B. Borkan and Timothy P. Scahill of BORKAN & SCAHILL, LTD. to file their appearances as their counsel of record in the above-captioned action.

3.  Attached hereto as Exhibit 1 is a Substitution of Counsel executed by STELLATO & SCHWARTZ, LTD. and BORKAN & SCAHILL, LTD.

WHEREFORE, defendant, ROSEBUD RESTAURANTS, INC., pray this Court substitute BORKAN & SCAHILL, LTD. as counsel of record in the above captioned action.

        Respectfully Submitted,

        BORKAN & SCAHILL, LTD.


        s/ Steven B. Borkan
        By: Steven B. Borkan


Steven B. Borkan (6193463)
Timothy P. Scahill (6287296)
BORKAN & SCAHILL, LTD.
Two First National Plaza
20 South Clark Street
Suite 1700
Chicago, Illinois 60603
(312) 580-1030